

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00354-CR

Brandon **SAUNDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7603W
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 25, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this

appeal. *See id.*

PER CURIAM

Do not publish